FILED

2019 FEB 28 PM 3: 34

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:19 CR 114 |
| HANNIBAL YARBO, | ) Title 18, United States Code, |
| | ) Sections 922(g)(1), 924(a)(2), |
| | ) and 924(c)(1)(A)(i); Title 21, |
| Defendant. | ) United States Code, Sections |
| | ) 841(a)(1), (b)(1)(B), and |
| | ) (b)(1)(C) |

JUDGE OLIVER

COUNT 1
(Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury charges:

1. On or about January 16, 2019, in the Northern District of Ohio, Eastern Division, Defendant HANNIBAL YARBO, having been previously convicted of crimes punishable by imprisonment for terms exceeding one year, those being: Drug Trafficking, on or about November 26, 2013, in Case Number CR-13-576095, in Cuyahoga County Common Pleas Court; Abduction, on or about November 26, 2013, in Case Number CR-13-575726, in Cuyahoga County Common Pleas Court; and Drug Trafficking, on or about July 6, 2009, in Case Number CR-09-523544, in Cuyahoga County Common Pleas Court, did knowingly possess in and affecting interstate commerce, a firearm, to wit: a Smith & Wesson, Model SW9F, 9mm caliber semi-automatic handgun, serial number PAE2109, and seven (7) rounds of Winchester 9mm luger ammunition and eleven (11) rounds of WMA Winchester 9mm caliber ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

COUNT 2
(Possession with Intent to Distribute Controlled Substances,
21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

2. On or about January 16, 2019, in the Northern District of Ohio, Eastern Division, Defendant HANNIBAL YARBO did knowingly and intentionally possess with the intent to distribute a mixture and substance containing approximately 10.34 grams of heroin (Schedule I), acetylfentanyl (Schedule I), and fentanyl (Schedule II) controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 3
(Possession with Intent to Distribute Cocaine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

3. On or about January 16, 2019, in the Northern District of Ohio, Eastern Division, Defendant HANNIBAL YARBO did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 4
(Possessing a Firearm in Furtherance of a Drug Trafficking Crime,
18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

4. On or about January 16, 2019, in the Northern District of Ohio, Eastern Division, Defendant HANNIBAL YARBO did knowingly possess a firearm in furtherance of a drug trafficking crime for which Defendant may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute a controlled substance, in violation of Title 21, United States

Code, Section 841(a)(1), as charged in Counts 2-3 of the Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.