UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19 CR 114 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| HANNIBAL YARBO, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Jonathan D. Greenberg, regarding the change of plea hearing of Hannibal Yarbo, which was referred to the Magistrate Judge with the consent of the parties.

On April 24, 2019, the government filed a 4 count Superseding Indictment, charging Defendant Yarbo, with Felon in Possession of Firearm and Ammunition, in violation of Title 18 U.S.C. 922(g)(1) and 924(a)(2), Possession with Intent to Distribute Controlled Substances, in violation of Title 21 U.S.C. 841(a)(1) and (b)(1)(B), Possession with Intent to Distribute Cocaine, in violation of Title 21 U.S.C.841(a)(1) and (b)(1)(C), and Using or Carrying a Firearm During and in Relation to a Drug Trafficking Crime, in violation of Title 18 U.S.C. 924(c)(1)(A)(I). Defendant was arraigned on April 29, 2019, and entered a plea of not guilty to counts 1 through 4 of the Superseding Indictment, before Magistrate Judge Ruiz. On October 31, 2019 Magistrate Judge Greenberg received Defendant's plea of guilty to count 1 through 4 of the Superseding Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after

it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Yarbo is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Hannibal Yarbo is adjudged guilty to counts 1 through 4 of the Superseding Indictment, in violation of Titles 18 U. S. C. Section 922(g)(1) and 924(a)(2), 21 U.S.C. 841(a)(1) and (b)(1)(B), 21 U.S.C.841(a)(1) and (b)(1)(C), and 18 U.S.C. 924(c)(1)(A)(I). This matter was referred to the U. S. Probation Department for the completion of a presentence investigation and report. Sentencing will be on February 4, 2020, at 11:00 a.m. in Courtroom 17A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

November 20, 2019